**Ogletree Deakins**

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615-254-1900
Facsimile: 615-254-1908
www.ogletree.com

Jennifer S. Rusie
615-687-2223
jennifer.rusie@ogletree.com

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/10/2021

May 7, 2021

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE: *Christian Sanchez v. inMusic Brands, Inc.*
Docket No.: 11:20-cv-10150-ALC-DCF

Dear Judge Carter:

We represent defendant inMusic Brands, Inc., ("Defendant") in the above-referenced action. On April 6, 2021, the parties filed a notice of settlement (Doc. 13) informing the Court that they have agreed to settle this matter. The Court gave the parties thirty (30) days, until May 7, 2021, to file a stipulation of settlement or restore this action to the Court's calendar.

Defendant's Counsel respectfully request that the Court allow the parties an **additional thirty (30) days, up and until June 7, 2021**, to finalize the written settlement agreement. The parties are in the process of exchanging draft agreements but need additional time to finalize, execute, and satisfy any contingencies. This is the first request for an extension. Plaintiff's Counsel consents to this request.

Thank you in advance for your consideration.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: _____/s/ Jennifer S. Rusie_____
 Jennifer S. Rusie

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**Dated**: 5/10/2021

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington